THE WOMAN'S HOSPITAL OF THE STATE OF NEW YORK, Plaintiff, v. LOUBERN REALTY CORPORATION and Others, Defendants. In the Matter of the Application of GRACE E. SECORE, Respondent, for Leave to Sue DANIEL GREENWALD, Receiver in Foreclosure of Premises No. 2266 Amsterdam Avenue, New York City, Appellant.*— Order reversed, with twenty dollars costs and disbursements, and motion to vacate ex parte order granted, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RHODA E. HALL, as Administratrix, etc., of GEORGIA LEE HALL, Appellant, v. WADSWORTH R. LEWIS, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P..J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by ALBERT CONWAY, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EMPIRE STATE MUTUAL INSURANCE COMPANY. FRANKLIN ALLEN WINDOW CLEANING COMPANY, INC., Appellant; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CASHMAN LAUNDRY CORPORATION, Respondent, v. CONSOLIDATED LAUNDRIES CORPORATION and Others, Defendants, Impleaded with ARTHUR HABER and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

J. BOND SMITH, Respondent, v. RICHARD E. ENRIGHT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RICHARD J. RICE and GEORGE M. FORVILLY, Appellants, v. SIDNEY J. HAMILTON, Defendant, Impleaded with BERTHA L. HENRY, as Executrix of JOSEPH J. HENRY, Deceased, Respondent.— Order reversed, with twenty dollars costs and disburse-

* Motion to dismiss appeal denied, 264 N. Y. 459; appeal dismissed, 264 N. Y. 665.

ments, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.